CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN J. MCLURE, | ) | Civil Action No. 7:18-cv-00174 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| MIDDLE RIVER REGIONAL | ) | |
| JAIL-MEDICAL DEPARTMENT, | ) | By: Hon. Glen E. Conrad |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 16th day of May, 2018.

/s/ Glen E. Conrad
Senior United States District Judge